IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRANDON EELLS

vs.    4:24CV00303 JM

STATE FARM FIRE AND CASUALTY COMPANY

## ORDER

Pursuant to the parties' stipulation of dismissal, docket # 18, the case is dismissed with prejudice with each side to bear their own costs and attorney's fees. The clerk is directed to close the case.

IT IS SO ORDERED this 20th day of May, 2025.

_____
James M. Moody Jr.
UNITED STATES DISTRICT JUDGE